1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jose Soberanes-Robles

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ8039 |
| | ) | |
| 12                Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 JOSE SOBERANES-ROBLES, | ) | |
| | ) | |
| 15                Defendant. | ) | |
| 16 _____ | ) | |

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                           U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

20                                      Respectfully submitted,

22  DATED:      January 29, 2008          /s/ Elizabeth M. Barros
                                         **ELIZABETH M. BARROS**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Jose Soberanes-Robles