FILED

08 JAN 30 PM 4:40

BY: \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSE SOBERANES-ROBLES,<br><br>           Defendant. | Criminal Case No. 08 CR 0254 WQH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine;<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

### Count 1

On or about January 19, 2008, within the Southern District of California, defendant JOSE SOBERANES-ROBLES did knowingly and intentionally import 5 kilograms and more, to wit: approximately 18 kilograms (39.60 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

WMC:fer:Imperial
1/28/08

## Count 2

On or about January 19, 2008, within the Southern District of California, defendant JOSE SOBERANES-ROBLES did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 18 kilograms (39.60 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 30, 2008.

A TRUE BILL:

_/s/ [signature]_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _/s/ J. Moore_
JEFFREY D. MOORE
Assistant U.S. Attorney