**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Jose Soberanes-Robles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0254-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JOSE SOBERANES-ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

**ALESSANDRA SERANO**
Alessandra.P.Serano@usdoj.gov

Respectfully submitted,

DATED:      March 3, 2008          /s/ Elizabeth M. Barros
                                   **ELIZABETH M. BARROS**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Jose Soberanes-Robles