```
FILED
08 MAR 28 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0254-WQH |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING THE |
| v. ) | PRESERVATION AND INSPECTION |
| ) | OF EVIDENCE |
| JOSE ALBERTO SOBERANES-ROBLES, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that Customs and Border Protection; Fines, Penalties and Forfeitures; Immigration and Customs Enforcement preserve any evidence seized in this case until further notice by the Court. The government is further ordered to permit the defense to inspect the vehicle and evidence seized in this case.

DATED: 3/JY/ov

HONORABLE WILLIAM Q. HAYES
United States District Judge

PRESENTED BY:

**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Soberanes-Robles