1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jose Soberanes-Robles

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE WILLIAM Q. HAYES)**

11 UNITED STATES OF AMERICA,        )   Case No. 08CR0254-WQH
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                    )
14 JOSE ALBERTO SOBERANES-ROBLES,   )
                                    )
15          Defendant.               )
   _____ )

17   Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    **ALESSANDRA SERANO**
                   Alessandra.P.Serano@usdoj.gov

20                                    Respectfully submitted,

22
   DATED:     April 1, 2008            /s/ Elizabeth M. Barros
23                                     **ELIZABETH M. BARROS**
                                       Federal Defenders of San Diego, Inc.
24                                     Attorneys for Jose Soberanes-Robles