| | |
|---|---|
| 1 | **ELIZABETH M. BARROS**<br>California State Bar No. 227629 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: elizabeth_barros@fd.org |
| 5 | Attorneys for Jose Soberanes-Robles |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 08CR0254-WQH |
| )  | |
| Plaintiff,       ) | |
| )  | |
| v.       ) | **CERTIFICATE OF SERVICE** |
| )  | |
| JOSE ALBERTO SOBERANES-ROBLES,       ) | |
| )  | |
| Defendant.       ) | |
| _____ ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

**ALESSANDRA SERANO**
Alessandra.P.Serano@usdoj.gov

Respectfully submitted,

DATED:    April 1, 2008         /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Jose Soberanes-Robles