1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jose Soberanes-Robles

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,          )  Case No. 08CR0254-WQH
   |                                    )
12 |              Plaintiff,            )
   |                                    )
13 | v.                                 )  **CERTIFICATE OF SERVICE**
   |                                    )
14 | JOSE ALBERTO SOBERANES-ROBLES,     )
   |                                    )
15 |              Defendant.            )
   |_____)

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                      **ALESSANDRA SERANO**
                     Alessandra.P.Serano@usdoj.gov

                                   Respectfully submitted,

22 DATED:    April 1, 2008         /s/ Elizabeth M. Barros
23                                 **ELIZABETH M. BARROS**
                                   Federal Defenders of San Diego, Inc.
24                                 Attorneys for Jose Soberanes-Robles