1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jose Soberanes-Robles

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0254-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| | ) | |
| JOSE SOBERANES-ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　Notice is hereby given by Elizabeth M. Barros and Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

　　　Document:         *Motion to Shorten Time*

　　　File Date:            April 1, 2008

　　　Document No.:    22

                                                            Respectfully submitted,


DATED:     April 2, 2008                    /s/ Elizabeth M. Barros
                                                            **ELIZABETH M. BARROS**
                                                            Federal Defenders of San Diego, Inc.
                                                            Attorneys for Jose Soberanes-Robles