1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Jose Soberanes-Robles

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10            **(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 08CR0254-WQH |
| 12           Plaintiff, | ) | |
| 13  v. | ) | **CERTIFICATE OF SERVICE** |
| 14  JOSE ALBERTO SOBERANES-ROBLES, | ) | |
| 15           Defendant. | ) | |

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                   Alessandra P. Serano
      Alessandra.P.Serano@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov

20                              Respectfully submitted,

22 DATED:      April 2, 2008            /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Jose Soberanes-Robles