**ELIZABETH M. BARROS**
California Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

Attorneys for Mr. Soberanes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 08CR0254-WQH |
| Plaintiff, | ) ) ) | Date: April 18, 2008<br>Time: 1:00 p.m. |
| v. | ) ) | MOTION FOR ORDER SHORTENING TIME |
| JOSE ALBERTO SOBERANES-ROBLES, | ) ) | |
| Defendant. | ) ) | |

Jose Alberto Soberanes-Robles, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., requests an order **shortening time by one day** for the filing of *Defendant's Notice of Motions and Motions to Compel Discovery, Suppress Statements, and Grant Leave to File Further Motions*. Pursuant to this Court's previous order these motions were due yesterday, March 31, 2008. However, yesterday was Cesar Chavez Day, and thus both the courthouse and the office of the Federal Defenders of San Diego, Inc. were closed. Furthermore, counsel for Mr. Soberanes-Robles was sick.

Dated:   April 2, 2008                    Respectfully Submitted,

                                          /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Soberanes