1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Jose Soberanes-Robles

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,            )    Case No. 08CR0254-WQH
                                         )
12 |                    Plaintiff,       )
                                         )
13 | v.                                  )    **CERTIFICATE OF SERVICE**
                                         )
14 | JOSE ALBERTO SOBERANES-ROBLES,      )
                                         )
15 |                    Defendant.       )
    _____    )

16

17 |       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 |                    Alessandra P. Serano
          Alessandra.P.Serano@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov

19

20 |                    Respectfully submitted,

21

22 | DATED:        April 2, 2008              /s/ Elizabeth M. Barros
                                         _____
23 |                                      **ELIZABETH M. BARROS**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Jose Soberanes-Robles
24

25

26

27

28