1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Jose Alberto Soberanes-Robles

6

7

8                 UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08CR0254-WQH |
| 12 Plaintiff, ) | DATE: April 18, 2008 |
|    ) | TIME: 1:00 p.m. |
| 13 v. ) | |
|    ) | DECLARATION OF JOSE ALBERTO |
| 14 JOSE ALBERTO SOBERANES-ROBLES, ) | SOBERANES-ROBLES IN SUPPORT OF |
|    ) | MOTION TO SUPPRESS STATEMENTS |
| 15 Defendant. ) | |
| 16 _____ ) | |

17      Defendant, Jose Alberto Soberanes-Robles, by and through counsel, Elizabeth M. Barros, and

18 Federal Defenders of San Diego, Inc., hereby files this declaration in support of his motion to suppress

19 statements.

20                                                       Respectfully submitted,

21

22 DATED:     April 2, 2008                          /s/ Elizabeth M. Barros
                                                                   **ELIZABETH M. BARROS**
23                                                              Federal Defenders of San Diego, Inc.
                                                             Attorneys for Jose Soberanes-Robles

24

25

26

27

28