### DECLARATION OF JOSE ALBERTO SOBERANES-ROBLES

I, Jose Alberto Soberanes-Robles, declare:

1.     On January 19, 2008, at about 10:00 p.m., I was arrested at the Calexico West Port of Entry.

2.     About 3 hours after I was arrested, I was interrogated by two agents.

3.     The agents never told me that the interrogation would be videotaped and never asked me for permission to videotape the interrogation.

4.     Although I remember the agents read me a form and I signed it, I did not understand my rights.  I believe at one point I told the agents that there were things that I did not understand about my rights.

5.     The agents never asked me to explain my understanding of my rights to them to ensure that I understood.

6.     When I was read my rights and throughout the interrogation, I felt scared and distressed. I felt like I was asphyxiating.  As a result, it was difficult for me to focus.

7.     I did not realize that I was waiving any rights by speaking to the agents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and memory.

DATED:     April 2 08                          _____
                                                JOSE ALBERTO SOBERANES ROBLES