1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Jose Soberanes-Robles

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08CR0254-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JOSE ALBERTO SOBERANES-ROBLES, | ) | |
| Defendant. | ) | |

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              Alessandra P. Serano
        Alessandra.P.Serano@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov
19

20                                          Respectfully submitted,

21

22 DATED:        April 2, 2008              /s/ Elizabeth M. Barros
                                            **ELIZABETH M. BARROS**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Jose Soberanes-Robles
24

25

26

27

28