EXHIBIT 1(DVD recording of interview)  will be presented at hearing