U.S. Department of Justice
Drug Enforcement Administration

# PERSONAL HISTORY REPORT

| Field | Value |
|---|---|
| 1. File Title | JOSE SOBERANES-ROBLES — 21 USC 952 / 960 — Importation of CS |
| 2. File Number | [redacted] |
| 3. Program Code | |
| 4. Group No. | |
| 6. G-DEP 10 | GFR6-05-9284 |
| 5. Date Prepared | 01/19/2008 |
| 7. Purpose of Submission | ☒ ARREST (G-DEP DESCRIPTION ☐, FUGITIVE DECLARATION ☐) |
| 8. Subject Name (Last, First, Middle) | JOSE SOBERANES-ROBLES |
| 9. Date of Birth (MM/DD/YY) | 07/22/1968 |
| 10. Alias Name | |
| 11. Alternate Date of Birth | |
| 12. NADDIS No. | |
| 13. FBI No. | |
| 14. Social Security No. | 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 |
| 15. Misc. Numbers | |
| 16. Place of Birth | Mexicali, Mexico |
| 17. Citizenship | Mexico |
| 18. Alien Status | ☒ Legal (Alien Registration No.) |
| 19. Race | ☒ White |
| 20. Ethnicity | ☒ Hispanic |
| 21. Sex | Male |
| 22. Color Hair | BR |
| 23. Height | |
| 24. Color Eyes | BR |
| 25. Weight | |
| 26. Address | 113 W. MCKINLEY, CALEXICO, CA |
| 27. Identifying Characteristics | |
| 28. Telephone Number | |
| 29. Occupation | USED CARS SALEMAN |
| 30. Employer Name and Address | L&J TOWING, CALEXICO, CA |
| 31. Employer Telephone Number | 760-357-3189 |

### 41a. Family Information

| Name | Relationship | Age | Address |
|---|---|---|---|
| LUIS ENRIQUE SOBERANES | Father | 63 | 113 W. MCKINLEY, CALEXICO, CA |
| NORMA ROBLES | Mother | 65 | SAME |
| MAYRA GARCIA ARIAS | ☒ Companion | 34 | 3241 PLATANO, FRACC LAURELES, MEXICALI |
| ALEJANDRA DUENAS | Child | 15 | SAME |
| VIRIDIANA SOBERANES | Child | 11 | SAME |
| ALBERTO SOBERANES | Child | 8 | SAME / IRAM SOBERANES, 5 YOA |

**I. G-DEP DESCRIPTION** (Complete for all G-DEP and Arrest Submissions.) Agents Manual 622

44. Submission: ☒ Initial
45. Subjects Principal Criminal Activity: Use Letter Code:
46. Subject's Principal Controlled Substance/Commodity: Use Letter-Number Code:

DEA Form 202

24

## II. ARREST (Complete for all Arrest Submissions)

| 47. Type of Arrest | 48. Date of Arrest | 49. PLACE OF ARREST | | |
|---|---|---|---|---|
| ☒ Probable Cause<br>☐ Warrant<br>☐ Fugitive | 01/19/2008 | a. City<br>Calexico West POE | b. County<br>Imperial | c. State or Country<br>California |

| 50. Armed at Arrest | 51. If Armed (Enter Number of Weapons by Type) | | | | | | 52. Type of Violation Charged? (Possession, Sale conspiracy, etc.) 21 USC 952 / 960 Importation of CS |
|---|---|---|---|---|---|---|---|
| ☐ Yes | Full auto TYPE | Handgun | Shotgun | Rifle | Lethal Cutting Instrument | Other Weapon | |
| ☒ No | Semi-Auto | | | | | | 53. Major Drug Charged? (Heroin, Cocaine, etc.)<br>Cocaine |
| | Full Auto | | | | | | |
| | Other | | | | | | |

## III. FUGITIVE DECLARATION (complete if Defendant Not Arrested within 48 hours of the issuance of the Arrest Warrant)

| 54. Type of Declaration | 55. Apprehension Responsibility | 56. NCIC Number | 57 USMS Office Holding Warrant (City & State) |
|---|---|---|---|
| ☐ Original DEA Arrest Warrant<br>☐ Post Arraignment (Failure to Appear, Bond Default) | ☐ DEA<br>☐ USMS (Date Delegated): / / | 58. Court Docket Number | 59. Name of Judge or Magistrate |
| 60. Date & Judicial District of Issue | | 61. DEA Agent Contact (Name and Phone Number with Area Code) | |

| 62. Type of Violation Charged (possession, sale, etc.) | 63. U.S. Code (Title & Section) | 64. Armed at Arrest<br>☐ Yes ☒ No | 65. Should be considered armed & dangerous ☐ Yes ☐ No |
|---|---|---|---|

66. Basis for Other Caution (state basis)

### 67. REMARKS

SOBERANES WAS ARRESTED TRANSPORTING 18 KILOGRAMS (39.60 POUNDS) OF COCAINE.

| 68. Agent/Officer Name (Print or Type)<br>CLAUDIA HERZOG | 69. Signature | 70. Date<br>01/19/2008 |
|---|---|---|
| 71. Co-Agent/Officer Name (Print or Type)<br>WILLIAM STEELE | 72. Signature | 73. Date<br>01/19/2008 |
| 74. Supervisor (Print or Type) | 75. Signature | 76. Date |

*U.S. GPO: 1996-405-022143M

25